# United States Bankruptcy Court

## Northern District of California

In re __Golden Gate Community Health__,
　　　　　　　　　　Debtor

Case No. __11-31703-DM__

Chapter __7__

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 2 | $ 2,600,000.00 | | |
| B - Personal Property | YES | 3 | $ 990,345.93 | | |
| C - Property Claimed as Exempt | NO | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 10,043,813.04 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 5 | | $ 301,406.45 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $ 2,294,027.90 | |
| G - Executory Contracts and Unexpired Leases | YES | 3 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | $ |
| **TOTAL** | | 23 | $ 3,590,345.93 | $ 12,639,247.39 | |

B 6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of California

In re  _Golden Gate Community Health_____ ,
<div style="margin-left:2em">Debtor</div>

Case No. _____

Chapter  _7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4.  Total from Schedule F | | $ |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re  Golden Gate Community Health                                ,          Case No. _____
          **Debtor**                                                                        **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| See Attachment A | | | 12,600,000.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Total➤ | 12,600,000.00 | |

(Report also on Summary of Schedules.)

# In re Golden Gate Community Health

## Schedule A - Real Property

| Description and Location of Property | Nature of Debtor's Interest in Property | Current Value of Debtor's Interest In Property without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|
| Commercial Building<br>815 Eddy Street<br>San Francisco, CA 94109 | Owner | $ 4,070,000.00 | $ 3,030,360.00 |
| Commercial Building<br>2205 Palm Avenue<br>2211 Palm Avenue<br>San Mateo, CA 94403<br><br>(Note: 2 buildings) | Owner | $ 2,573,000.00 | $ 2,158,270.00 |
| Commercial Building<br>2 H Street<br>San Rafael, CA 94901 | Owner | $ 2,120,000.00 | $ 981,919.00 |
| Commercial Building<br>482 West MacArthur Blvd.<br>Oakland, CA 94609 | Owner | $ 1,812,000.00 | $ 1,058,932.00 |
| Commercial Building<br>1230 Hopkins Ave.<br>Redwood City, CA 94062 | Owner | $ 2,025,000.00 | $ 2,651,948.00 |
| | | $ 12,600,000.00 | $ 9,881,429.00 |
| Note: In addition to secured claims listed above, San Francisco and San Mateo properties are subject to junior secured liens in undetermined amounts. | | | |

1

B 6B (Official Form 6B) (12/07)

In re   Golden Gate Community Health                ,          Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | TO COME | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America - Operating<br><br>Bank of America - Accounts Payable<br><br>Bank of America - Payroll<br><br>First Republic - Operating * | | 83,238.74<br><br>23562.11<br><br>79730.21<br><br>3814.87 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | | * Less checks outstanding; balance to be transferred to BofA operating account as of petition date. | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | |
| 6. Wearing apparel. | | | | |
| 7. Furs and jewelry. | | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issuer. | | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | | | |

In re  Golden Gate Community Health_____,  Case No. _____
　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | | | |
| 16. Accounts receivable. | | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | | Bequest, Estate of Ruth V. Schneider | | 300,000.00 |
| | | Bequest, Estate of Lawrence Gary Samson | | 500,000.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | | | |

In re <u>Golden Gate Community Health</u>,    Case No. _____
       **Debtor**                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Van | | Unknown |
| 26. Boats, motors, and accessories. | | | | |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment/furnishing at four medical offices | | Unknown |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | | | | |
| 31. Animals. | | | | |
| 32. Crops - growing or harvested. Give particulars. | | | | |
| 33. Farming equipment and implements. | | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | | | |

_____0___ continuation sheets attached    Total ► | $ | 990,345.93

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

**In re** _Golden Gate Community Health_____,          Case No. _____
          **Debtor**                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

In re  Golden Gate Community Health  ,  Case No. _____

                 **Debtor**                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>See Attachment D | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| _1_ continuation sheets attached | | | Subtotal ▶<br>(Total of this page) | | | | $ 10,043,813.04 | $ |
| | | | Total ▶<br>(Use only on last page) | | | | $ 10,043,813.04 | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

# In re Golden Gate Community Health

## Schedule D - Creditors Holding Secured Claims

| Creditor Name and Mailing Address | Account No. | Co-Debtor | Date Claim Incurred | Nature of Lien and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral |
|---|---|---|---|---|---|---|---|---|
| Anne Fougeron<br>338 Spear Street<br>San Francisco, CA 94108 | | | | Lien on Bequest | | | | $ 150,000.00 |
| Bank of America, N.A.<br>101 S. Marengo Ave., 5th Floor<br>Mail Code CA9-702-05-69<br>Pasadena, CA 91101 | | | | Senior Lien on Real Property<br>Three (3) Commercial Buildings:<br><br>2 H Street<br>San Rafael, CA 94901<br><br>482 West MacArthur Blvd.<br>Oakland, CA 94609<br><br>1230 Hopkins Ave.<br>Redwood City, CA 94062<br><br>($5,957,000.00)<br><br>Junior Lien on Real Property<br>Commercial Buildings:<br><br>2205 Palm Avenue<br>2211 Palm Avenue<br>San Mateo, CA 94403<br><br>815 Eddy Street<br>San Francisco, CA 94109 | | | | $ 4,692,799.00 |
| Banc of America Leasing & Capital LLC<br>2059 Northlake Parkway, 4th Floor<br>Tucker, GA 30084 | | | | Lien on Equipment | | | | |
| Directory Service Bureau Ltd.<br>c/o Glassberg Pollak & Associates<br>425 California St., Suite 650<br>San Francisco, CA 94104-2193 | | | 1/31/11 | Judgment lien | | | | $ 12,384.04 |
| Union Bank of California<br>P.O. Box 30115 (CLO V01-120)<br>Los Angeles, CA 90030-0115 | | | | Lien on Real Property<br><br>Two (2) Commercial Buildings<br>2205 Palm Avenue<br>2211 Palm Avenue<br>San Mateo, CA 94403<br>($2,573,000.00) | | | | $ 2,158,270.00 |
| Wells Fargo Bank<br>Collection Litigation Services<br>Law Dept.<br>21680 Gateway Center Drive Suite 270<br>Diamond Bar, CA 91765 | | | | Lien on Real Property<br><br>Commercial Building<br>815 Eddy Street<br>San Francisco, CA 94109<br>($4,070,000.00) | | | | $ 3,030,360.00 |
| | | | | | | | | $ 10,043,813.04 |

1

In re  Golden Gate Community Health            ,          Case No._____
                    **Debtor**                                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**    Detail filed under seal

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

In re  Golden Gate Community Health                  ,      Case No._____
                        **Debtor**                                              **(if known)**


☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).


☑ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.


_3_  continuation sheets attached

Case: 11-31703   Doc# 6   Filed: 05/02/11   Entered: 05/02/11 16:28:53   Page 12 of 26

In re ___Golden Gate Community Health_____ ,     Case No. _____
           **Debtor**                                                     **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes and Certain Other Debts Owed to Governmental Units        **Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>San Francisco Tax Collector<br>P.O. Box 7426<br>San Francisco CA  94120-7426 | | | Taxes | | | | 2,947.32 | 2,947.32 | |
| Account No.<br><br>San Mateo Tax County Collector<br>555 County Center, 1st Floor<br>Redwood City, CA  94063 | | | Taxes | | | | 671.38 | 671.38 | |
| Account No.<br><br>Marin County Tax Collector<br>P.O. BOX 4220 RM 202<br>San Rafael, CA  94913-4220 | | | Taxes | | | | 528.84 | 528.84 | |
| Account No.<br><br>Alameda County Tax Collector<br>1221 Oak Street<br>Oakland, CA  94612-4285 | | | Taxes | | | | 379.04 | 379.04 | |

Sheet no. __1__ of __3__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▶<br>(Totals of this page) | $ 4,526.58 | $ 4,526.58 | |
| Total▶<br>(Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.) | $ | | |
| Totals▶<br>(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

In re ___Golden Gate Community Health_____ ,    Case No. _____
            **Debtor**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts Owed to Governmental Units      **Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> City of Oakland <br> One Frank H. Ogawa Plaza <br> Oakland, CA  94612 | | | Taxes | | | | 35.00 | 35.00 | |
| Account No. <br><br> | | | | | | | | | |
| Account No. <br><br> | | | | | | | | | |
| Account No. <br><br> | | | | | | | | | |

Sheet no. __2__ of __3__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

              Subtotals▶    $    35.00    $    35.00
(Totals of this page)

              Total▶    $
(Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.)

              Totals▶      $      $
(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

In re ___Golden Gate Community Health_____,   Case No. _____
            **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Employee wages, salaries, and commissions         **Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Summary of employee wages and salaries<br><br>(Detail filed under seal) | | | | | | | 296,844.87 | 296,844.87 | |
| Account No.<br><br> | | | | | | | | | |
| Account No.<br><br> | | | | | | | | | |
| Account No.<br><br> | | | | | | | | | |

Sheet no. __3__ of __3__ continuation sheets attached to Schedule of Creditors Holding Priority Claims        Subtotals➤<br>(Totals of this page)    $ 296,844.87    $ 296,844.80

Total➤<br>(Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.)    $ 301,406.45

Totals➤<br>(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ 301,406.45

In re  Golden Gate Community Health _____ ,     Case No. _____
         **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>See Attachment F | | | | | | | 2,272,836.44 |
| ACCOUNT NO.<br><br>Summary of Client Reimbursements - FILED UNDER SEAL | | | | | | | 21,191.46 |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |

|  |  |
|---|---|
| Subtotal➤ | $  2,294,027.90 |

__5__ continuation sheets attached

| Total➤ | $ |
|---|---|
| (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | 2,294,027.90 |

In re Golden Gate Community Health

## Schedule F - Creditors Holding Unsecured Nonpriority Claims

| Creditor Name | Address | City | State | Zip | Co-Debtor | Date claim incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Accountants International | File 30235/PO BOX 60000 | San Francisco | CA | 94160 | | | | | | | $ 7,079.63 |
| Accountemps | File 73484/PO BOX 60000 | San Francisco | CA | 94160 | | | | | | | $ 29,910.52 |
| AD Club | 1304 West Roseburg Avenue | Modesto | CA | 95350-4855 | | | | | | | $ 650.00 |
| Adler & Colvin | 235 Montgomery Street, Suite 1220 | San Francisco | CA | 94104 | | | | | | | $ 7,129.00 |
| ADP, Inc. | P.O. Box 78415 | Phoenix | AZ | 85062-8415 | | | | | | | $ 4,671.85 |
| Aetna Dental Plan of California | 21307 c/o Mello Financial/14005 Live Oak Ave | Irwindale | CA | 91706-1300 | | | | | | | $ 6,627.70 |
| Affiliate Risk Management Services, Inc. | 434 West 33rd Street | New York | NY | 10001 | | | | | | | $ 53,712.36 |
| Ajilon Professional Staffing, LLC | Dept CH 14031 | Palatine | IL | 60055-4031 | | | | | | | $ 4,710.00 |
| Ameritek USA | 125 130th Street | Everett | WA | 98208 | | | | | | | $ 499.50 |
| Ames Color File | 24923 Network Place | Chicago | IL | 60673 | | | | | | | $ 6,081.38 |
| ANDA INC. | P.O. Box 930219 | Atlanta | GA | 31193-0219 | | | | | | | $ 38,347.72 |
| Apple Medical Corporation | P.O. Box 844006 | Boston | MA | 02284-4645 | | | | | | | $ 225.65 |
| Aramark Uniform Services - 517 | P.O. Box 5826 | Concord | CA | 94524-0826 | | | | | | | $ 913.34 |
| Aramark Uniform Services-518 | P.O. Box 5034 | Hayward | CA | 94540-5034 | | | | | | | $ 2,436.83 |
| AT&T | Payment Center | Sacramento | CA | 95887-0001 | | | | | | | $ 1,636.80 |
| Backflow Prevention Specialist | 1131 Elko Drive | Sunnyvale | CA | 94089 | | | | | | | $ 6,308.00 |
| Bank of America - VISA | PO BOX 15732 | Wilmington | DE | 19886-5731 | | | | | | | $ 12,785.18 |
| Barcode Source, Inc. | 38897 Eagle Way | Chicago | IL | 60678 | | | | | | | $ 147.60 |
| Bay Alarm | P.O. Box 7137 | San Francisco | CA | 94120 | | | | | | | $ 1,842.00 |
| Bay Area Communication Access | 443 Tehama Street, #3 | San Francisco | CA | 94103 | | | | | | | $ 617.00 |
| Bell Fire and Life Safety Inc. | 1551 Rosita Road | Pacifica | CA | 94044 | | | | | | | $ 1,175.00 |
| Berkeley High School Jacket | 1980 Allston Way | Berkeley | CA | 94704 | | | | | | | $ 90.00 |
| Berkeley Medevices | 1330 South 51st Street | Richmond | CA | 94804-4628 | | | | | | | $ 907.70 |
| Biomerieux, Inc. | P.O. Box 500308 | St. Louis | MO | 63150-0308 | | | | | | | $ 251.99 |
| Bio-Rad Laboratories | Dept. 9740 | Los Angeles | CA | 90084-9740 | | | | | | | $ 6,416.08 |
| Blackbaud | P.O. Box 930256 | Atlanta | GA | 31193-0256 | | | | | | | $ 9,128.00 |
| Bruce Carter | 838 San Luis Road | Berkeley | CA | 94707 | | | | | | | $ 18,151.17 |
| California Chamber of Commerce | P.O. Box 526020 | Sacramento | CA | 95852-6020 | | | | | | | $ 1,207.21 |
| California Family Health Council | 3600 Wilshire Boulevard, Suite 600 | Los Angeles | CA | 90010 | | | | | | | $ 199.00 |
| California Planned Parenthood Educational Fund | 555 Capitol Mall Suite | Sacramento | CA | 95814-4581 | | | | | | X | $ 73,091.00 |
| California Security Alarms, Inc. | File # 31161, P.O. Box # 60000 | San Francisco | CA | 94160-0001 | | | | | | | $ 477.86 |
| California State Board of Pharmacy | 1625 North Market Blvd, Suite N219 | Sacramento | CA | 95834 | | | | | | | $ 750.00 |
| California Water Service Company | 341 North Delaware | San Mateo | CA | 94401-1727 | | | | | | | $ 246.12 |
| Chevron | PO BOX 70887 | Charlotte | NC | 28272-0887 | | | | | | | $ 2,835.96 |
| City Club | 155 Sansome Street, 9th Floor | San Francisco | CA | 94104-3604 | | | | | | | $ 1,473.20 |
| City of Redwood City | Department 1201 | Los Angeles | CA | 90084-1201 | | | | | | | $ 1,854.38 |
| Claremont Behavioral Services, Inc | 1050 Marina Village Parkway # 203 | Alameda | CA | 94501 | | | | | | | $ 1,482.30 |
| Cleanse Building Maintenance | 6585 Commerce Boulevard Suite H # 131 | Rohnert Park | CA | 94928 | | | | | | | $ 1,600.00 |
| Coastside Fire Protection | 826 arnold way | Half Moon Bay | CA | 94019 | | | | | | | $ 216.00 |

Case: 11-31703   Doc# 6   Filed: 05/02/11   Entered: 05/02/11 16:28:53   Page 17 of 26

## Schedule F - Creditors Holding Unsecured Nonpriority Claims

| Creditor Name | Address | City | State | Zip | Co-Debtor | Date claim incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Compliance Concepts, Inc. | 103 Bradford Road, Suite 320 | Wexford | PA | 15090 | | | | | | | $ 625.00 |
| Consolidated Plastics Company, Inc. | 4700 Prosper Drive | Stow | OH | 44224 | | | | | | | $ 114.92 |
| Cooper Surgical | P.O. Box 712280 | Cincinnati | OH | 45271-2280 | | | | | | | $ 826.43 |
| Credo | PO BOX 480010 | Atlanta | GA | 30346-0010 | | | | | | | $ 1,696.00 |
| Crystal Mountain Spring Water | 4350 Panorama Drive | Santa Rosa | CA | 95404 | | | | | | | $ 64.10 |
| Data Safe | PO BOX 7794 | San Francisco | CA | 94120 | | | | | | | $ 1,692.00 |
| Davis Wright Tremaine LLP | 1201 Third Avenue, Suite 2200 | Seattle | WA | 98101-3045 | | | | | | | $ 3,177.50 |
| Department of Public Health | PO BOX 997434 | Sacramento | CA | 94258-0533 | | | | | | | $ 2,040.00 |
| Doctor's Exchange | 387 Ivy Street | San Francisco | CA | 94102 | | | | | | | $ 157.94 |
| Eastmont Oakland Associates, LLC - File 30841 | P.O. Box 60000 | San Francisco | CA | 94160 | | | | | X | X | $ 46,322.78 |
| Empire Elevator | 1004 Clegg Court | Petaluma | CA | 94954 | | | | | | | $ 3,720.20 |
| Eyemed | 170 Newport Drive Suite 130 | Newport Beach | CA | 92660 | | | | | | | $ 1,076.92 |
| Fastrak | P.O. Box 26926 | San Francisco | CA | 94126 | | | | | | | $ 200.00 |
| Federal Express Corporation | P.O. Box 7221 | Pasadena | CA | 91109-7321 | | | | | | | $ 1,593.18 |
| Fermin Penate Building Maintenance | 4900 Park Green Cir. | Antioch | CA | 94531 | | | | | | | $ 16,000.00 |
| Firemaster | 430 N Canal St Ste 19 | South San Francisco | CA | 94080 | | | | | | | $ 85.25 |
| First Insurance Funding Corp. | P.O. Box 3306 | Northbrook | IL | 6005-3306 | | | | | | | $ 27,354.55 |
| First Unitarian Church of Oakland | 685 14th Street | Oakland | CA | 94612 | | | | | | | $ 250.00 |
| Fisher HealthCare | 13551 Collections Ctr. Drive | Chicago | IL | 60693 | | | | | | | $ 2,026.05 |
| Gen-Probe Sales & Services | 10210 Genetic Center Drive | San Diego | CA | 92121-4362 | | | | | | | $ 30,845.70 |
| Give Something Back | 7730 Pardee Lane | Oakland | CA | 94621 | | | | | | | $ 15,425.32 |
| Hartford | P.O. Box 2907 | Hartford | CT | 06104-2907 | | | | | | | $ 106.13 |
| Health Management Associates | 120 North Washington Square, Suite 705 | Lansing | MI | 48933 | | | | | | | $ 213.75 |
| Hemocue | 7101 Envoy Court | Dallas | TX | 75395-5101 | | | | | | | $ 1,391.03 |
| Henry Schein | Department CH 10241 | Palatine | IL | 60055-0241 | | | | | | | $ 5,712.61 |
| Hill & Co. Communications | 111 Broadway | Oakland | CA | 94607-3791 | | | | | | | $ 8,737.50 |
| Home Depot | P.O. Box 6031/Dept. 32-2500309384 | The Lakes | NV | 88901-6031 | | | | | | | $ 1,977.22 |
| Intuit Health (Medfusion) | 5501 Dillard Drive | Cary | NC | 27518 | | | | | | | $ 739.00 |
| INX, Inc. | P.O. Box 4346 Department 523 | Houston | TX | 77210-4346 | | | | | | | $ 15,210.00 |
| J & J Health Care Systems, Inc. | File # 74115 - PO Box 60000 | San Francisco | CA | 94160 | | | | | | | $ 277.89 |
| Joan Cosper | 400 Melvin Street | Petaluma | CA | 94952 | | | | | | | $ 1,600.00 |
| Justin W. Miller | 21172 Vista Del Sol | Lake Forest | CA | 92630 | | | | | | | $ 1,280.00 |
| Laboratory Corporation of America | 231 Maple Avenue | Burlington | NC | 27215 | | | | | | | $ 160,071.52 |
| Language Line Services | P.O. Box 202564 | Dallas | TX | 75320 | | | | | | | $ 5,497.83 |
| Lee's Gardening Service | P.O. Box 5628 | San Mateo | CA | 94402 | | | | | | | $ 525.00 |
| Lion's Tale/Mt. Eden H.S. | 2300 Panama Street | Hayward | CA | 94545 | | | | | | | $ 50.00 |
| Littler Mendelson | P.O. Box 45547 | San Francisco | CA | 94145-0547 | | | | | | | $ 27,793.75 |
| Macke Water Systems, Incoporated | P.O. Box 545 | Wheeling | IL | 60090-0545 | | | | | | | $ 1,502.43 |

| Creditor Name | Address | City | State | Zip | Co-Debtor | Date claim incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Manley Administrative Services | P.O. Box 70168 | Eugene | OR | 97401-0100 | | | | | | | $ 1,007.73 |
| Marin Municipal Water Dstrict | 220 Nellen Avenue | Corte Madera | CA | 94925-1105 | | | | | | | $ 128.33 |
| Marin Sanitary Services | PO BOX 30680 | Los Angeles | CA | 90030-0680 | | | | | | | $ 546.87 |
| McKesson General Medical Corporation | PO Box 933027 | Atlanta | GA | 31193-3027 | | | | | | | $ 9,859.79 |
| MeDC | 4937 Mammoth Avenue | Sherman Oaks | CA | 91423 | | | | | | | $ 250.00 |
| Medical Center Drive Assocs. c/o William W. Hat | 114 Pierce Street | Santa Rosa | CA | 95404 | | | | | X | X | $ 56,320.00 |
| MetLife SBC | PO BOX 804466 | Kansas City | MO | 64180-4466 | | | | | | | $ 3,743.59 |
| Michelson Law Group | 100 Pine Street, Suite 2450 | San Francisco | CA | 94111 | | | | | | | $ 3,461.00 |
| Moore Wallace - AN RR Donnell | PO Box 730165 | Dallas | TX | 75373-0165 | | | | | | | $ 414.22 |
| Moss Adams LLP | One California Street, Fourth Floor | San Francisco | CA | 94111 | | | | | | | $ 5,239.15 |
| MSJHS-Smoke Signal | 41717 Palm Avenue | Fremont | CA | 94539 | | | | | | | $ 50.00 |
| Muzak LLC | P.O. Box 71070 | Charlotte | NC | 28272-1070 | | | | | | | $ 465.76 |
| NextGen Healthcare Information Systems | P.O. Box 511449 | Los Angeles | CA | 90051-8004 | | | | | | | $ 72,071.05 |
| Nexus Realty Group | PO Box 2210 | Petaluma | CA | 94953-2210 | | | | | | | $ 15,700.00 |
| NGHN | 400 West 30th Street | Los Angeles | CA | 90007 | | | | | | | $ 111,827.00 |
| Oakland High School Journalism | 1023 Mac Arthur Blvd. | Oakland | CA | 94610 | | | | | | | $ 75.00 |
| Occupational Health Centers of California | 9405 Fairway View Place | Rancho Cucamonga | CA | 91730-0932 | | | | | | | $ 1,112.17 |
| Office Equipment Finance Services | P.O. Box 790448 | St. Louis | MO | 63179-0448 | | | | | | | $ 648.04 |
| Off-Site Records Management, LLC | 1959 Monterey Road | San Jose | CA | 95112-6119 | | | | | | | $ 10,450.40 |
| Orchard Software | 701 Congressional Blvd., Ste. 360 | Carmel | IN | 46032 | | | | | | | $ 16,637.68 |
| ParaGard Direct | 12601 Collection Center Drive | Chicago | IL | 60696 | | | | | | | $ 21,376.00 |
| Paragon Pathology Medical Associates,INC. | 7761 Paseo Santa Cruz | Plesanton | CA | 94566 | | | | | | | $ 17,333.32 |
| Pharmpak | 1221 Andersen Drive Suite B | San Rafael | CA | 94901 | | | | | | | $ 6,670.85 |
| Pitney Bowes Global Financial Services LLC | PO Box 371887 | Pittsburgh | PA | 15250-7887 | | | | | | | $ 4,936.05 |
| Planned Parenthood Affiliates of California | 555 Capitol Mall Ste 510 | Sacramento | CA | 95814-4502 | | | | | | X | $ 158,835.78 |
| Planned Parenthood Federation of America | 434 West 33rd Street, 12th Floor | New York | NY | 10001 | | | | | | X | $ 214,608.64 |
| Precise Mailing | 168 Beacon Street | South San Francisco | CA | 94080 | | | | | | | $ 5,335.25 |
| Premiere Global Services | PO BOX 404351 | Atlanta | GA | 30384-4351 | | | | | | | $ 5.93 |
| Pre-Paid Legal Services, Inc. | PO Box 269 | Ada | OK | 74821-9984 | | | | | | | $ 1,091.90 |
| Proper Attire, LLC | 601 Main Street, PO Box 188 | New Windsor | MD | 21776 | | | | | | | $ 1,705.00 |
| Prosoft-MEDantex | 3080 Olcott Street, Suite 225D | Santa Clara | CA | 95054 | | | | | | | $ 269,121.04 |
| Protection One | P.O. Box 5714 | Carol Stream | IL | 60197-5714 | | | | | | | $ 110.59 |
| Public Storage, Inc. | 2250 South Delaware Avenue | San Mateo | CA | 94403 | | | | | | | $ 490.00 |
| Purchase Power | P.O. Box 856042 | Louisville | KY | 40285-6042 | | | | | | | $ 5,733.39 |
| Quantros Inc | 690 North McCarthy Blvd. Suite 200 | Milpitas | CA | 95035 | | | | | | | $ 7,000.00 |
| Quest Diagnostics | 3714 Northgate Boulevard | Sacramento | CA | 95834 | | | | | | | $ 636.40 |
| R&S Northeast LLC | 256 Geiger Road | Philadelphia | PA | 19115 | | | | | | | $ 45.15 |
| Recall Secure Destruction Services, Inc. | P.O Box 841709 | Dallas | TX | 75284-1709 | | | | | | | $ 4,128.03 |
| Recology Golden Gate | 250 Executive Park Boulevard | San Francisco | CA | 94134-3306 | | | | | | | $ 3,173.30 |

## Schedule F - Creditors Holding Unsecured Nonpriority Claims

| Creditor Name | Address | City | State | Zip | Co-Debtor | Date claim incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Recology San Mateo | 225 Shoreway Road | San Carlos | CA | 94070 | | | | | | | $ 1,763.60 |
| Ricoh Americas Corporation | P.O. Box 100706 | Pasadena | CA | 91189-663 | | | | | | | $ 16,368.22 |
| RINA Accountancy Corporation | 475-14th Street, Suite 1200 | Oakland | CA | 94612 | | | | | | | $ 18,800.00 |
| Robert Half Management Resources | File 73484/ P.O. Box 60000 | San Francisco | CA | 94160-3484 | | | | | | | $ 55,471.64 |
| Roth Staffing Companies, L.P. | Dept. 8761 | Los Angeles | CA | 90084-8761 | | | | | | | $ 42,864.97 |
| Roto-Rooter Services Company | 5672 Collections Center Drive | Chicago | IL | 60693 | | | | | | | $ 189.71 |
| Sam's Locksmith | 4587 Mission Street | San Francisco | CA | 94112 | | | | | | | $ 342.86 |
| San Francisco Public Utilities Commission | PO BOX 7369 | San Francisco | CA | 94120-7369 | | | | | | | $ 1,388.67 |
| San Mateo County Environmental Health | 2000 Alameda delas Pulgus | San Mateo | CA | 94403 | | | | | | | $ 86.50 |
| SEIU | PO Box 2077 | Oakland | CA | 94604-2077 | | | | | | | $ 3,239.45 |
| Service Unlimited,  Inc. | 1300 Industrial Road Unit 9 | San Carlos | CA | 94070 | | | | | | | $ 5,147.48 |
| Smith Medical Partners, LLC | 21950 Network Place | Chicago | IL | 60673-1219 | | | | | | | $ 16,811.38 |
| Special T Delivery | PO Box 422127 | San Francisco | CA | 94142-2127 | | | | | | | $ 85.35 |
| Squar, Milner, Peterson, Miranda & Williamson, Ll | 4100 Newport Place, Suite 300 | Newport Beach | CA | 92660 | | | | | | | $ 26,243.14 |
| Stanbio Laboratory | P.O.Box 907 | San Antonio | TX | 78294-0907 | | | | | | | $ 912.77 |
| State of California, Department of Consumer Affai | PO Box 942533 | Sacramento | CA | 94258-0533 | | | | | | | $ 150.00 |
| Stericycle, Inc. | P.O. Box 9001589 | Louisville | KY | 40290-1589 | | | | | | | $ 18,064.35 |
| Suhr Risk Service | 5300 Stevens Creek Boulevard, Suite 300 | San Jose | CA | 95129 | | | | | | | $ 15,000.00 |
| Sycamore | 11504 Buffington Street | Bakersfield | CA | 93312 | | | | | | | $ 15,000.00 |
| Tecan US, Inc. | PO Box 13953 | Research Triangle | NJ | 27709 | | | | | | | $ 2,819.50 |
| TelePacific Communications | PO BOX 526015 | Sacramento | CA | 95852-6015 | | | | | | | $ 16,537.17 |
| Terminix International | P.O. Box 742592 | Cincinnati | OH | 45274-2592 | | | | | | | $ 156.00 |
| Teva Pharmaceuticals USA, Inc. | Dept CH14205 Lockbox 14205 | Palatine | IL | 60055-4205 | | | | | | | $ 7,820.00 |
| TheraCom, A Caremark Co. | PO BOX 640105 | Cincinnati | OH | 45204-0105 | | | | | | | $ 46,992.00 |
| ThyssenKrupp  Elevator-042 | P.O. Box 933013 | Atlanta | GA | 31193-3013 | | | | | | | $ 1,719.51 |
| Total Access Group, Inc. | 1671 East St. Andrew Place | Santa Ana | CA | 92705 | | | | | | | $ 4,033.45 |
| Trinity Biotech | P.O. Box 15287 | Newark | NJ | 07192-5287 | | | | | | | $ 1,745.08 |
| United Parcel Service | PO Box 894820 | Los Angeles | CA | 90189-4820 | | | | | | | $ 7.40 |
| USA Mobility Wireless, Inc | P.O. Box 660770 | Dallas | TX | 75266-0770 | | | | | | | $ 611.32 |
| Ventana Productions, Inc. | 224 W. 30th Street, Suite 206 | New York | NY | 10001 | | | | | | | $ 146.25 |
| Verizon Wireless | PO Box 660108 | Dallas | TX | 75266-0108 | | | | | | | $ 3,333.15 |
| Waste Management | P.O. Box 541065 | Los Angeles | CA | 90054-1065 | | | | | | | $ 1,162.36 |
| Western Exterminator Company | 1320 Marsten Rd. Ste D | Burlingame | CA | 94010-2417 | | | | | | | $ 294.00 |
| Wired Communications | PO BOX 816 | San Bruno | CA | 94066 | | | | | | | $ 145.00 |
| Workflow One | PO BOX 676496 | Dallas | TX | 75267-6496 | | | | | | | $ 1,791.10 |
| Civil Fraud Section, US Attorneys Office, Central District California | 300 North Los Angeles St., Suite 7516 | Los Angeles | CA | 90012-3335 | | | | | | X | |
| SEIU Local 1021 | PO Box 2077 | Oakland | CA | 94604-2077 | | | | | | X | |
| Kerry Gonzalez, c/o Leonard Becker,Esq. | 1728 B Street | Hayward | CA | 94541 | | | | | | X | |

# In re Golden Gate Community Health

## Schedule F - Creditors Holding Unsecured Nonpriority Claims

| Creditor Name | Address | City | State | Zip | Co-Debtor | Date claim incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| P. Victor Gonzalez, Qui Tam c/o Schuler Brown & Ekizian | 7100 Hayvenhurst Avenue Suite 310 | Van Nuys | CA | 91406 | | | | | | X | |
| Dian Harrison, c/o Pamela Sayad, Esq. | 505 Montgomery Street, Suite 700 | San Francisco | CA | 94111 | | | | | | X | $ 205,000.00 |
| Directory Service Bureau Ltd. c/o Glassberg Polla | 425 California St., Suite 650 | San Francisco | CA | 94104-2193 | | | | | | X | $ 12,384.04 |
| | | | | | | | | | | | $2,272,836.44 |
| | | | | | | | | | | | |
| Total Patient Reimbursements | FILED UNDER SEAL | | | | | | | | | | $ 21,191.46 |
| | | | | | | | | | TOTAL SCHEDULE E | | $2,294,027.90 |

In re  Golden Gate Community Health           ,        Case No._____
        **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| See Attachment G | |
| | |
| | |
| | |
| | |
| | |

Schedule G - Executory Contracts and Unexpired Leases

| Name | Address | City | State | Zip | Nonresidential Real Property | Description of Contract or Lease and Nature of Debtor's Interest |
|------|---------|------|-------|-----|------------------------------|------------------------------------------------------------------|
| Accountemps | File 73484/PO BOX 60000 | San Francisco | CA | 94160 | | Provides temporary accounting personnel |
| ADP Commercial Leasing | 3726 Solutions Center | Chicago | IL | 60677-3007 | | Provides employee time clock |
| ADP, Inc. | P.O. Box 78415 | Phoenix | AZ | 85062-8415 | | Provides payroll processing |
| Aetna Dental Plan of California | 21307 c/o Mello Financial/14005 Live Oak Av | Irwindale | CA | 91706-1300 | | Provides employee Dental Insurance |
| Affiliates Risk Management Services, Inc. | 434 West 33rd Street | New York | NY | 00001-0001 | | Provided general/D&O/earthquake/malpractice insurance |
| Ajilon Professional Staffing, LLC | Dept CH 14031 | Palatine | IL | 60055-4031 | | Provides tempoary staffing |
| AT&T | | | | | | Rental income of space for cell phone tower at San Rafael |
| AT&T | Payment Center | Sacramento | CA | 95887-0001 | | Provides telco |
| ATI | 1350 Ocean Avenue | Emeryville | CA | 94608 | | Provides telco support |
| Bay Alarm | P.O. Box 7137 | San Francisco | CA | 94120 | | Provides building alarm coverage |
| Bio-Rad Laboratories | Dept. 9740 | Los Angeles | CA | 90084-9740 | | Provides lab testing |
| Blackbaud | P.O. Box 930256 | Atlanta | GA | 31193-0256 | | |
| Blackbaud Sphere | 2000 Daniel Island Drive | Charleston | SC | 29492 | | Provides fundraising website management |
| Blue Shield of California | 50 Beale Street | San Francisco | CA | 94105 | | Private insurance company - client billings |
| Blue Shield of California Foundation | 50 Beale Street, 14th Floor | San Francisco | CA | 94105 | | Foundation grant for general operating |
| Bruce Carter | 838 San Luis Road | Berkeley | CA | 94707 | X | Leased property - Hayward |
| California Planned Parenthood Educational Fund, Inc. | 555 Capitol Mall Suite | Sacramento | CA | 95814-4581 | | Provided Planned Parenthood affiliate support |
| California Security Alarms, Inc. | File # 31161, P.O. Box # 60000 | San Francisco | CA | 94160-0001 | | Provides building alarm coverage |
| Citrix Systems, Inc | P.O. Box 931686 | Atlanta | GA | 31193-1686 | | Provides Citrix software |
| Claremont Behavioral Services, Inc | 1050 Marina Village Parkway # 203 | Alameda | CA | 94501 | | Provides employee assistance program |
| Cleanse Building Maintenance | 6585 Commerce Boulevard Suite H # 131 | Rohnert Park | CA | 94928 | | Provides janitorial |
| Companion Property & Casualty Insurance Company | 14160 Dallas Parkway, #500 | Dallas | TX | 75254 | | Provides employee worker's compensation coverage |
| Credo | PO Box 480010 | Atlanta | GA | 30346-0010 | | Provides cell phone service |
| Data Safe | PO BOX 7794 | San Francisco | CA | 94120 | | Provides data safety |
| Directory Service Bureau Ltd. | P.O. Box 598145 | Chicago | IL | 60659 | | Provides Yellow Book listing |
| Eastmont Oakland Associates, LLC | File 30841 P.O. Box 60000 | San Francisco | CA | 94160 | X | Leased property - Oakland |
| Empire Elevator | 1004 Clegg Court | Petaluma | CA | 94954 | | Provides elevator maintenance |
| Fermin Penate Building Maintenance | 4900 Park Green Cir. | Antioch | CA | 94531 | | Provides janitorial |
| First Insurance Funding Corp. | 450 Skokie Blvd., Ste. 1000, PO Bo 3306 | Northbrook | IL | 6005-3306 | | General/D&O/Earthquake/Malpractice insurance coverage |
| GE Medical Systems | P.O. Box 843553 | Dallas | TX | 75284 | | Provides maintenace service on sonogram machines |
| Gen-Probe Sales & Services | 10210 Genetic Center Drive | San Diego | CA | 92121-4362 | | Provides equipment and agent for in-house lab testing |
| GetActive Software, Inc. | 2855 Telegraph Ave., Suite 600 | Berkeley | CA | 94705 | | Fundraising, advocacy website management services |
| Health Net | File # 52617 | Los Angeles | CA | 90074-2617 | | Employee health insurance |
| Hill & Co. Communications | 111 Broadway | Oakland | CA | 94607-3791 | | Provides public relations |
| INX, Inc. | P.O. Box 4346 Department 523 | Houston | TX | 77210-4346 | | Provides data colocation |
| Kaiser Foundation Health Plan Incorporated | File # 73030/PO BOX 60000 | San Francisco | CA | 94160-3030 | | Employee health insurance |
| Labcare Corporation | 1500 West El Camino Avenue # 111 | Sacramento | CA | 95833 | | Provides lab testing |
| Laboratory Corporation of America | 231 Maple Avenue | Burlington | NC | 27215 | | Provides lab testing |
| Language Line Services, Inc. | 1 Lower Ragsdale Drive, Bldg. 2 | Monterey | CA | 93940 | | Provides language translation service |
| Macke Water Systems, Incoporated | P.O. Box 545 | Wheeling | IL | 60090-0545 | | Provides water cooler service |
| Manley Administrative Services | P.O. Box 70168 | Eugene | OR | 97401-0100 | | Provides FSA administation service |
| MetLife SBC | PO BOX 804466 | Kansas City | MO | 64180-4466 | | Employee disability and life insurance coverage |
| Muzak LLC | P.O. Box 71070 | Charlotte | NC | 28272-1070 | | Provides on-hold telephone recording |
| NextGen Healthcare Information Systems | P.O. Box 511449 | Los Angeles | CA | 90051-8004 | | Provides practice management system |
| Nexus Realty Group | PO Box 2210 | Petaluma | CA | 94953-2210 | X | Leased property - Rohnert Park |
| Northern California Fire Protection Services, Inc. | 16840 Joleen Way, Building A | Morgan Hill | CA | 95037 | | Provides fire and life safety monitoring |
| Office Equipment Finance Services | P.O. Box 790448 | St. Louis | MO | 63179-0448 | | Provides equipment leasing |
| Off-Site Records Management, LLC | 1959 Monterey Road | San Jose | CA | 95112-6119 | | Provides storage and retrival of client records |
| Orchard Software | 701 Congressional Blvd., Ste. 360 | Carmel | IN | 46032 | | Software in-house lab equipment/practice management |

Schedule G - Executory Contracts and Unexpired Leases

| Name | Address | City | State | Zip | Nonresidential Real Property | Description of Contract or Lease and Nature of Debtor's Interest |
|------|---------|------|-------|-----|------|------|
| Paragon Pathology Medical Associates,INC. | 7761 Paseo Santa Cruz | Plesanton | CA | 94566 | | Provides in-house lab testing oversight |
| Pitney Bowes Global Financial Services LLC | PO Box 371887 | Pittsburgh | PA | 15250-7887 | | Provides equipement leasing |
| Planned Parenthood Affiliates of California | 555 Capitol Mall Ste 510 | Sacramento | CA | 95814-4502 | | Provided Planned Parenthood affiliate support |
| Planned Parenthood Federation of America | 434 West 33rd Street, 12th Floor | New York | NY | 10001 | | Provides Planned Parenthood affiliates advocacy |
| Pre-Paid Legal Services, Inc. | PO Box 269 | Ada | OK | 74821-9984 | | Employee identity theft legal services |
| Prosoft-MEDantex | 3080 Olcott Street, Suite 225D | Santa Clara | CA | 95054 | | Provided client billing reconciliation and billing |
| Protection One | P.O. Box 5714 | Carol Stream | IL | 60197-5714 | | Providees fire and life safety monitoring |
| Public Storage, Inc. | 2250 South Delaware Avenue | San Mateo | CA | 94403 | | Provides off-site storage for non-medical records |
| Purchase Power | P.O. Box 856042 | Louisville | KY | 40285-6042 | | Provides postage machine funding |
| Quantros Inc | 690 North McCarthy Blvd. Suite 200 | Milpitas | CA | 95035 | | Provides patient quality and safety software |
| Recall Secure Destruction Services, Inc. | P.O Box 841709 | Dallas | TX | 75284-1709 | | Provides secure destruction of paper documents |
| Ricoh Americas Corporation | P.O. Box 100706 | Pasadena | CA | 91189-663 | | Provides equipment leasing |
| Robert Half Management Resources | File 73484/ P.O. Box 60000 | San Francisco | CA | 94160-3484 | | Provides temporary employee staffing |
| Roth Staffing Companies, L.P. | Dept. 8761 | Los Angeles | CA | 90084-8761 | | Provides temporary employee staffing |
| San Francisco Foundation | 225 Bush Street, Suite 500 | San Francisco | CA | 94104 | | Foundation grant for donor communication |
| SEIU | PO Box 2077 | Oakland | CA | 94604-2077 | | Employee union |
| Service Unlimited,  Inc. | 1300 Industrial Road Unit 9 | San Carlos | CA | 94070 | | Provides maintenance on HVAC's |
| Squar, Milner, Peterson, Miranda & Williamson, LLP | 4100 Newport Place, Suite 300 | Newport Beach | CA | 92660 | | Provides accounting support |
| Stanbio Laboratory | P.O. Box 907 | San Antonio | TX | 78294-0907 | | Provides lab testing |
| Stericycle, Inc. | P.O. Box 9001589 | Louisville | KY | 40290-1589 | | Provides secure medical waste destruction |
| TelePacific Communications | PO BOX 526015 | Sacramento | CA | 95852-6015 | | Provides telco |
| ThyssenKrupp  Elevator-042 | P.O. Box 933013 | Atlanta | GA | 31193-3013 | | Provides elevator maintenance |
| TM Consulting | 7459 Hilsboro Avenue, | San Ramon | CA | 94583 | | Provides payroll and accounting support |
| USA Mobility Wireless, Inc | P.O. Box 660770 | Dallas | TX | 75266-0770 | | Provides pager service |
| Verizon Wireless | PO Box 660108 | Dallas | TX | 75266-0108 | | Provides cell phone service |

**In re**   Golden Gate Community Health   ,                    **Case No.** _____
              **Debtor**                                                                  **(if known)**

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

In re  Golden Gate Community Healthcare ,          Case No. _____
_____                              (if known)
        **Debtor**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __24__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                                                              Debtor

Date _____          Signature: _____
                                                                              (Joint Debtor, if any)

[If joint case, both spouses must sign.]

----------------------------------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                        Social Security No.
of Bankruptcy Petition Preparer                                  *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
  Signature of Bankruptcy Petition Preparer                  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*
----------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  Chief Executive Officer          [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the  corporation          [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __24__ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date  05/02/2011 _____

                                        Signature:  /s/ Therese Wilson _____
                                                          Therese Willson _____
                                                          [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
----------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*